IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARLON J. POWELL,

    Plaintiff,

v.

RICK RAEMISCH, RANDY HEPP,
MARIO GARCIA and
JOHN C. SAMUELSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-202-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing plaintiff's claims against Rick Raemisch and Randy Hepp for plaintiff's failure to state a claim upon which relief may be granted; and

    (2) granting summary judgment in favor of Mario Garcia and John C. Samuelson and dismissing this case.

_____      6-21-2011
Peter Oppeneer, Clerk of Court            Date